## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>APPLE INC., DIGIMARC CORPORATION, THE NIELSEN COMPANY (US) LLC, THE WALT DISNEY COMPANY, THE WEATHER CHANNEL, LLC and TVAURA MOBILE LLC,<br><br>      Defendants. | C.A. No. 11-363 |

### WALKER DIGITAL, LLC'S CORPORATE DISCLOSURE STATEMENT

Plaintiff Walker Digital, LLC, by counsel and pursuant to Fed. R. Civ. P. 7.1, states that it does not have any parent corporations and there are no publicly-held companies that own 10% or more of its stock.

| | |
|---|---|
| May 3, 2011 | BAYARD, P.A. |
| Of Counsel: | /s/ *Stephen B. Brauerman (sb4952)*<br>Richard D. Kirk (rk0922) |
| James C. Otteson<br>Monica M. Eno<br>David A. Caine<br>Xiang Long<br>AGILITY IP LAW, LLC<br>1900 University Circle<br>Suite 201<br>East Palo Alto, CA  94303<br>(650) 227-4800<br>jim@agilityiplaw.com<br>monica@agilityiplaw.com<br>dacaine@agilityiplaw.com<br>longxiang@agilityiplaw.com | Stephen B. Brauerman (sb4952)<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE  19899<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br><br>*Attorneys for Plaintiff Walker Digital, LLC* |