AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 11-363

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* THE WALT DISNEY COMPANY
was received by me on *(date)* 4/28/11

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* PAUL MATTHEWS (PROCESS AGENT), who is designated by law to accept service of process on behalf of *(name of organization)* THE WALT DISNEY COMPANY
C/O CORPORATION SERVICE CO. 2711 CENTERVILLE RD. WILMINGTON, DE on *(date)* 4/28/11, or

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 4/28/11

*Server's signature*

AMAR RAMAN
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360
WILMINGTON, DE 19899
302-475-2600
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# United States District Court
## for the
## District of Delaware

| | |
|---|---|
| WALKER DIGITAL, LLC<br><br>                Plaintiff,<br><br>v.<br><br>APPLE INC., et al.,<br><br>                Defendants. | Civil Action No. 11-363-UNA<br><br>TRIAL BY JURY DEMANDED |

### Summons in a Civil Action

To:    The Walt Disney Company
          c/o Corporation Service Company
          2711 Centerville Road, Suite 400
          Wilmington, DE  19808

A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Richard D. Kirk
    Stephen B. Brauerman
    Bayard, P.A.
    222 Delaware Avenue, Suite 900
    Wilmington, Delaware 19801
    302-655-5000 (phone)
    302-658-6395 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

4/26/2011
DATE

_[signature]_
DEPUTY CLERK'S SIGNATURE