IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC,<br><br>                 Plaintiff,<br><br>      v.<br><br>APPLE INC., DIGIMARC CORPORATION, THE NIELSEN COMPANY (US) LLC, THE WALT DISNEY COMPANY, THE WEATHER CHANNEL, LLC and TVAURA MOBILE LLC,<br><br>                 Defendants. | C.A. No. 11-363-LPS |

**UNOPPOSED MOTION TO EXTEND TIME**

Plaintiff Walker Digital, LLC ("Plaintiff") respectfully moves this Court to extend the deadline for defendant The Walt Disney Company ("Defendant") to respond to the Complaint filed in this matter until June 20, 2011 (extended from May 19, 2011). This is the first extension request for this defendant. The grounds for this motion are that Defendant requested, and Plaintiff has agreed, to extend the deadline to answer, move, or otherwise respond to the Complaint, as set forth above, while they obtain counsel and investigate the claims made. Defendant consents to the filing of this motion.

| | |
|---|---|
| May 5, 2011 | BAYARD, P.A. |
| Of Counsel: | /s/ *Stephen B. Brauerman (sb4952)* <br> Richard D. Kirk (rk0922) |
| James C. Otteson | Stephen B. Brauerman (sb4952) |
| Monica M. Eno | 222 Delaware Avenue, Suite 900 |
| David A. Caine | P.O. Box 25130 |
| Xiang Long | Wilmington, DE 19899 |
| AGILITY IP LAW, LLC | (302) 655-5000 |
| 1900 University Circle | rkirk@bayardlaw.com |
| Suite 201 | sbrauerman@bayardlaw.com |
| East Palo Alto, CA 94303 | |
| (650) 227-4800 | *Attorneys for Plaintiff Walker Digital, LLC* |
| jim@agilityiplaw.com | |
| monica@agilityiplaw.com | |
| dacaine@agilityiplaw.com | |
| longxiang@agilityiplaw.com | |

IT IS SO ORDERED, this ____ day of _____, 2011.

_____
The Honorable Leonard P. Stark
United States District Judge