IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WALKER DIGITAL LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 11-363-LPS |
| | ) | |
| APPLE INC., et. al., | ) | |
| | ) | |
| Defendants. | ) | |

## **STIPULATION**

IT IS HEREBY STIPULATED by the undersigned parties, subject to the approval of the Court, that the time within which The Nielsen Company (US) LLC, Digimarc Corporation, The Weather Channel LLC and TVaura Mobile LLC may answer, plead or otherwise respond to the complaint is hereby extended to and including Monday, June 20, 2011.

| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Richard D. Kirk* | */s/ Donald E. Reid* |
| Richard D. Kirk (#922) | Donald E. Reid (#1058) |
| Stephen B. Brauerman (#4952) | 1201 N. Market Street |
| 222 Delaware Avenue, Suite 900 | P.O. Box 1347 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 429-4232 | (302) 351-9219 |
| *Attorneys for Plaintiff* | *Attorneys for Listed Defendants* |

SO ORDERED this _____ day May, 2011.

_____
J. Leonard P. Stark